January 24, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

PATRICIA SALVATO, M.D., Appellant

NO. 14-12-00166-CV                    V.

MICHELLE WINSMANN F/K/A MICHELLE NAQUIN, Appellee

_____

     This cause was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

     We order appellant, PATRICIA SALVATO, M.D., to pay all costs incurred in this appeal.  We further order this decision certified below for observance.